EXHIBIT A

Bill of Cost Appendix
Lindsay Sherman v. CBRE, Inc.
Case No. 3:14-cv-1661

## Fees for Court Reporting Services

| | |
|---|---|
| Alpha Reporting – Deposition of Vincent Dunvant | 418.70 |
| Alpha Reporting – Deposition of Marianne McDonald | 355.10 |
| Alpha Reporting – Deposition of Sandy Kerman | 175.93 |
| Alpha Reporting – Deposition of Phil Robertson | 137.25 |
| Alpha Reporting – Deposition of Brian Delauter | 193.05 |
| Anne S.Wilson & Associates – Deposition of Gena Smarr Hatcher | 177.00 |
| LaVonne Cleeton - Deposition of Lindsay Sherman | 1,894.00 |
| VCE LegalTech – Video Deposition of Lindsay Sherman | 715.00 |
| **TOTAL** | **4,066.03** |

## Messenger Service

| | |
|---|---|
| Delivery to Andy Allman's Office 1/23/15 | 24.29 |
| Serve subpoena on HCA Management for Plaintiff's personnel file | 3.45 |
| Deliver subpoena to Kraft CPAs for Plaintiff's personnel file | 4.25 |
| **TOTAL** | **31.99** |

## Medical Records

| | |
|---|---|
| Tennessee Women's Healthcare – records of Lindsay Sherman | 41.00 |
| **TOTAL** | **41.00** |

## Meal

| | |
|---|---|
| Meal 6/29/15 | 61.50 |
| Meal 8/12/15 | 4.82 |
| Meal 8/12/15 | 28.50 |
| Meal 9/8/15 | 5.73 |
| Meal 9/8/15 | 42.21 |
| Meal 9/9/15 | 35.74 |
| Meal 10/13/15 | 67.90 |
| **TOTAL** | **246.40** |

## Hotel

| | |
|---|---|
| Hyatt House 9/8/15-9/9/15 | 217.82 |
| **TOTAL** | **217.82** |

## Taxi

| | |
|---|---|
| Lyft Ride 9/8/15 | 22.66 |
| Lyft Ride 9/8/15 | 19.64 |
| Lyft Ride 9/9/15 | 14.79 |
| Lyft Ride 9/10/15 | 30.4 |
| **TOTAL** | **87.49** |

**Airfare and Parking**

| | |
|---|---|
| Airfare 8/19/15 | 714.70 |
| Parking 11/17/14 | 2.00 |
| **TOTAL** | **716.70** |

| | |
|---|---|
| **GRAND TOTAL** | **$5,407.43** |

NASHVILLE 38125-6 560231v1



# ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, September 07, 2015 | 108495swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974        FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number    Terms: Payable upon receipt
62-1162456    1.5% per month

Joshua Burgener
Dickinson Wright PLLC
424 Church Street
Financial Center, Suite 1401
Nashville, TN 37219

| | |
|---|---|
| **Witness:** | Dunavant, Vincent |
| **Case:** | Sherman, Lindsay vs. CBRE, Inc. *38124-6* |
| **Venue:** | |
| **Case #:** | 314-cv-1661 |
| **Date:** | 8/20/2015 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 12:05 PM |
| **Claim #:** | |
| **File #:** | *36239LN* |

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.55 | 129 | $328.95 |
| Flash Drive (PDF, Condensed, ASCII & Exhibits | $28.00 | 1 | $28.00 |
| Exhibits - Scan, Copy & Bind | $0.50 | 29 | $14.50 |
| Binding/Handling | $15.00 | 1 | $15.00 |
| Condensed | $0.25 | 129 | $32.25 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | Sub Total | | $418.70 |
| | Payments | | $0.00 |
| | Balance Due | | $418.70 |

## Method of Payment:

| Check Enclosed | Charge my credit card: |
|---|---|
| Please make check payable to: | VISA   MasterCard |

Alpha Reporting Corporation

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #          Exp. Date        Daytime Telephone

*Payment Due Upon Receipt of Invoice*



**ALPHA** REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Friday, September 25, 2015 | 109185swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974    FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number    Terms: Payable upon receipt
62-1162456    1.5% per month

Joshua Burgener
Dickinson Wright PLLC
424 Church Street
Financial Center, Suite 1401
Nashville, TN 37219

| | |
|---|---|
| **Witness:** | McDonald, Marianna |
| **Case:** | Sherman, Lindsay vs. CBRE, Inc. |
| **Venue:** | |
| **Case #:** | 314-cv-1661 |
| **Date:** | 9/9/2015 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 12:04 PM |
| **Claim #:** | |
| **File #:** | 36705LN |

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.55 | 107 | $272.85 |
| Condensed | $0.25 | 107 | $26.75 |
| Flash Drive (PDF, Condensed, ASCII & Exhibits) | $28.00 | 1 | $28.00 |
| Exhibits - Scan, Copy & Bind | $0.50 | 25 | $12.50 |
| Binding/Handling | $15.00 | 1 | $15.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | Sub Total | | $355.10 |
| | Payments | | $0.00 |
| | Balance Due | | $355.10 |

**Method of Payment:**

☐ Check Enclosed        ☐ Charge my credit card:
Please make check payable to:        ☐ VISA  ☐ MasterCard

Alpha Reporting Corporation

Signature (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ : ☐☐ ☐☐

Print Name (as it appears on your credit card)

Credit Card #                Exp. Date    Daytime Telephone

*Payment Due Upon Receipt of Invoice*



# ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Friday, September 25, 2015 | 109187swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974    FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number    Terms: Payable upon receipt
62-1162456    1.5% per month

Joshua Burgener
Dickinson Wright PLLC
424 Church Street
Financial Center, Suite 1401
Nashville, TN 37219

| | |
|---|---|
| **Witness:** | Kerman, Sandy |
| **Case:** | Sherman, Lindsay vs. CBRE, Inc. |
| **Venue:** | US District Court Middle District of TN Nashville |
| **Case #:** | 314-cv-1661 |
| **Date:** | 9/9/2015 |
| **Start Time:** | 12:41 PM |
| **End Time:** | 1:43 PM |
| **Claim #:** | |
| **File #:** | 3834hh |

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.55 | 49 | $124.95 |
| Condensed | $20.00 | 1 | $20.00 |
| Flash Drive (PDF, Condensed, ASCII & Exhibit | $28.00 | 1 | $28.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| finance charge | $2.98 | 1 | $2.98 |

| | |
|---|---|
| **Sub Total** | $175.93 |
| **Payments** | $0.00 |
| **Balance Due** | $175.93 |

PAST DUE

## Method of Payment:

☐ Check Enclosed      ☐ Charge my credit card:

Please make check payable to:    ☐ VISA    ☐ MasterCard

Alpha Reporting Corporation

Signature (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐ ☐☐

Print Name (as it appears on your credit card)

Credit Card #      Exp. Date      Daytime Telephone

***Payment Due Upon Receipt of Invoice***



**ALPHA** REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Friday, October 16, 2015 | 109798swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974    FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

M. Reid Estes, Jr
Dickinson Wright PLLC
424 Church Street
Financial Center, Suite 1401
Nashville, TN 37219

Tax Number        Terms: Payable upon receipt
62-1162456        1.5% per month

| | |
|---|---|
| **Witness:** | Robertson, Phil |
| **Case:** | Sherman, Lindsay vs. CBRE, Inc. |
| **Venue:** | US District Court Middle District of TN Nashville |
| **Case #:** | 314-cv-1661 |
| **Date:** | 10/13/2015 |
| **Start Time:** | 2:20 PM |
| **End Time:** | 3:00 PM |
| **Claim #:** | |
| **File #:** | 37306LN |

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.55 | 35 | $89.25 |
| Condensed | $20.00 | 1 | $20.00 |
| Flash Drive (PDF, Condensed, ASCII & Exhibit | $28.00 | 1 | $28.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | **Sub Total** | | $137.25 |
| | **Payments** | | $0.00 |
| | **Balance Due** | | $137.25 |

**Method of Payment:**

Check Enclosed                Charge my credit card:
Please make check payable to:        VISA      MasterCard        Signature (as it appears on your credit card)

Alpha Reporting Corporation

Print Name (as it appears on your credit card)

Credit Card #                    Exp. Date        Daytime Telephone

*Payment Due Upon Receipt of Invoice*

# ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Friday, October 16, 2015 | 109795swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974    FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

M. Reid Estes, Jr
Dickinson Wright PLLC
424 Church Street
Financial Center, Suite 1401
Nashville, TN 37219

Tax Number       Terms: Payable upon receipt
62-1162456       1.5% per month

| | |
|---|---|
| **Witness:** | Delauter, Brian |
| **Case:** | Sherman, Lindsay vs. CBRE, Inc. |
| **Venue:** | US District Court Middle District of TN Nashville |
| **Case #:** | 314-cv-1661 |
| **Date:** | 10/13/2015 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 2:00 PM |
| **Claim #:** | |
| **File #:** | 22158cc |

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.55 | 51 | $130.05 |
| Condensed | $20.00 | 1 | $20.00 |
| Binding/Handling | $15.00 | 1 | $15.00 |
| Flash Drive (PDF, Condensed, ASCII & Exhibit | $28.00 | 1 | $28.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | **Sub Total** | | $193.05 |
| | **Payments** | | $0.00 |
| | **Balance Due** | | $193.05 |

**Method of Payment:**

Check Enclosed                    Charge my credit card:
Please make check payable to:            VISA        MasterCard

Alpha Reporting Corporation

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                    Exp. Date        Daytime Telephone

*Payment Due Upon Receipt of Invoice*

TEL. NO. 615-298-1992          INVOICE NO. ASW-5313

August 25, 2015               ANNE S. WILSON & ASSOCIATES
                                     P.O. Box 150651
                                   Nashville, TN  37215

                              Tax ID. No. 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


Joshua L. Burgener
Attorney at Law
DICKINSON WRIGHT, PLLC
424 Church Street
Suite 1401
Nashville, TN  37219


    IN RE:  LINDSAY SHERMAN
            vs.
            CBRE, INC.


(The deposition of Gena Smarr Hatcher was taken on
August 12, 2015.)


Copy of Transcript                ]    $177.00
                                  ]
                                  ]
                                  ]
                                  ]
                                  ]
Complimentary Condensed Transcript ]
                                  ]
                                  ]
                                  ]
                                  ]
                                  ]
Your Amount Due                   ]    $177.00


    ****  REMIT PAYMENT WITH INVOICE NO. ASW-5313  ****

**LaVonne Cleeton**
Court Reporter
P.O. Box 110076
Nashville, Tennessee 37222-0076
(615) 255-6425
lavonnecleeton@gmail.com

# Invoice

Number:   4062-LC

Date:        7/12/2015

Bill To:

Mr. M. Reid Estes, Jr.
Dickinson Wright
424 Church Street, Suite 1401
Nashville, TN, 37219

| Plaintiff | Defendant | Docket No. | Reporter |
|-----------|-----------|------------|----------|
| Lindsay Sherman | CBRE Group, Inc. | 3:14-CV-01661 | LaVonne Cleeton |

| Description | Amount |
|-------------|--------|
| Reporter's attendance fee on June 29, 2015. | |
| Furnishing the original videotaped deposition of: | |
| LINDSAY SHERMAN | |
| Furnishing an E-Transcript. | |
| *Furnishing a condensed copy for your convenience* | |
| Thank You!  LaVonne | $1,894.00 |

PLEASE NOTE NEW ADDRESS:
LaVonne Cleeton
P.O. Box 110076
Nashville, TN  37222-0076

Total:      $1,894.00

Please make check payable to LaVonne Cleeton
Tax ID No. 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

1.5% per month service charge if not paid in 30 days.



P.O. Box 25285
Nashville, TN 37202
615-781-3844

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/6/2015 | 59734 |

| DUE DATE |
|----------|
| 8/5/2015 |

TAX NO. 62-0951213

**BILL TO**

Reid Estes
Dickinson Wright, PLLC
424 Church Street, Suite 1401
Nashville, TN 37219

| TERMS | Net 30/ 1 1/2% late charge/mo. |
|-------|-------------------------------|

| PROJECT | P.O. NO./VERBAL BY | PERIOD ENDING |
|---------|--------------------|--------------|
| Video Deposition | Reid Estes | 7/6/15 |

| DATE | QTY/HRS | DESCRIPTION | RATE | AMOUNT |
|------|---------|-------------|------|--------|
| | | Lindsay Sherman vs. C.B.R.E. Group, Inc. | | |
| 6/29/2015 | 1 | 1st hour of Lindsay Sherman deposition | 175.00 | 175.00 |
| | 7 | Video Deposition additional hours | 75.00 | 525.00 |
| | 1 | Parking | 15.00 | 15.00 |
| | | Tennessee State Sales Tax | 9.25% | 0.00 |

We appreciate your prompt payment. Please include invoice number with payment.

**Total** $715.00



| 1/23/2015 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|-----------|-----|------|-----|------|------|------|-----|-----|-----|-----|
| DATE | DET | TROY | GR | LANS | NASH | WASH | AA | TOR | PHX | LV |

| 38124 | 6 | 2670 | JLB | 62 | $ | | |
|-------|-----|-------|-----|------|-----|-----|-----|
| CLIENT No. | MATTER No. | . ATTY. No | INITIALS | CODE | | ZONE RATE | ACCOUNT |

CLIENT NAME   CBRE                              (VS. ADS. RE.)   Lindsay Sherman v.

DESTINATION   Andy Allman's office              DELIVERY: ☒        PICK-UP: ☐

CONTACT   Andy Allman                           DRIVE RUN: ☒

ADDRESS   103 Bluegrass Commons Blvd.

CITY   Hendersonville, TN                        APPROVAL: _____

SPECIAL INSTRUCTIONS: ____ *deliver today please.*

For Messenger        Messenger: _____        Zone: _____
Services Use Only:
                     Time Out: _____  Time In: _____  Mileage: 43  $24.295  Parking Expense: _____


*Delivered to Samantha, their paralegal.*

DICKINSON WRIGHT PLLC

MESSENGER SERVICE REQUEST

| 6/4/2015 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | DET | TROY | GR | LANS | NASH | WASH | AA | TOR | PHX | LV | CO | KY |

| 38124 | 6 | 1407 | LMM | 62 | $ | | |
|---|---|---|---|---|---|---|---|
| CLIENT No. | MATTER No. | ATTY. No | INITIALS | CODE | ZONE RATE | ACCOUNT |

CLIENT NAME  CBRE                    (VS. ADS. RE.)  Lindsay Sherman

DESTINATION  HCA                DELIVERY: ☒        PICK-UP: ☐

CONTACT  attn; Colleen Bracken        DRIVE RUN: ☒

ADDRESS  One Park Plaza

CITY  Nashville 37203        APPROVAL: _____

SPECIAL INSTRUCTIONS:  Please serve Subpoena on HCA Management Services and return signed Proof of Service.  Thanks Layne

For Messenger Services Use Only:

Messenger: _____        Zone: _____

Time Out: _____  Time In: _____  Mileage: 6  $ 3.45  Parking Expense: _____

Please serve today.
Thank

| 6/2/2015 DATE | ☐ DET | ☐ TROY | ☐ GR | ☐ LANS | ☒ NASH | ☐ WASH | ☐ AA | ☐ TOR | ☐ PHX | ☐ LV | ☐ CO | ☐ KY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 38124 CLIENT NO. | 6 MATTER NO. | . | 1407 ATTY. NO | LMM INITIALS | 62 CODE | $ ZONE RATE | ACCOUNT |
|---|---|---|---|---|---|---|---|

CLIENT NAME  CBRE                                    (VS. ADS. RE.)  Lindsay Sherman

DESTINATION  KraftCPAs              DELIVERY: ☒          PICK-UP: ☐

CONTACT  Lee Kraft                  DRIVE RUN: ☒

ADDRESS  555 Great Circle Road, Suite 200

CITY  Nashville 37228              APPROVAL: _____

SPECIAL INSTRUCTIONS:  Please deliver attached Subpoena and return with Proof of Service.  Thanks Layne

For Messenger Services Use Only:

Messenger: _____    Zone: _____

Time Out: _____   Time In: _____   Mileage: 7   $ 4.025   Parking Expense: _____

*Deliver today but not until after 1:00 p.m.

    thanks

Roseann Malkis, M.D.

Melissa G. Reynolds, M.D.

Sa Cara Shaw, M.D.

Royce T. Adkins, M.D.

Brian C. Beatty, M.D.

Lewis J. Bellardo, M.D.

Anne Blake, M.D.

Roy P. Burch, Jr., M.D.

Cathy A. Deppen, M.D.

Jeffrey D. Draughn, M.D.

Melanie A. Dunn, M.D.

Joe Michael Edwards, M.D.

Rhonda T. Halcomb, M.D.

Kevin M. Hamilton, M.D.

Katherine C. Haney, M.D.

Nicole Leigh Heidemann, M.D.

Lisa M. Jabusch, M.D.

Bryan R. Kurtz, M.D.

Carol H. McCullough, M.D.

Sam Houston Moran, M.D.

Lisa B. Morgan, M.D.

Llizabeth L. Oldfield, M.D.

Richard E. Presley, M.D.

Sherrie A. Richards, M.D.

Reagan M. Saig, M.D.



# TENNESSEE WOMEN'S CARE, PC

Obstetrics · Gynecology · Infertility

2011 Murphy Avenue | Suite 600 | Nashville, TN 37203    T 615-329-7940   F 615-284-7044

June 25, 2015

Re: Lindsay Sherman
    DOB: 11-19-1980
    File No.38124-6

To Whom It May Concern:

Enclosed are the requested records that are being sent to you by both fax and by mail. Due to the short time frame that we had to get these records to you and the fact that we do not have a notary in the office, the Affadavit of Completeness will be forwarded to you from our corporate office once it has been completed.

The cost for the copying and faxing of these records is $41.00 for 104 pages of medical/billing records. If you have any questions regarding this request, please contact our office at 615-329-7940.

Sincerely,

Rachel Johnson
Care Center Manager

rlj

Enclosure

```
*****************
** DELIVERY **
*****************

        Jimmy Johns #1801
          424 Church St
          615-401-6015

06-29-2015 Chk# 317 Open 12:21 PM
Tkr 128  Reg# 5 12:21 PM   0:00 <

   #7  Red Ham Club              6.10
   #7  Smoked Ham Club           6.10
   #8  Billy Club                6.10
   #8  Billy Club                6.10
   #4  Turkey Tom                5.10
   #4  Turkey Tom                5.10
   #4  Turkey Tom                5.10

   Jimmy BBQ Chips               1.25
   Jimmy BBQ Chips               1.25
   Jimmy Regular Chips           1.25
   Jimmy Regular Chips           1.25
   Jimmy Regular Chips           1.25
   Jimmy Regular Chips           1.25
   Jimmy Regular Chips           1.25

            Subtotal    48.45
             Del Fee     3.15
       Sales Tax (9.5%)  4.90
                       ========
              Total  $ 56.50

        *** PAID ***

Credit Tendered 56.50
```

Judy Arnold
424 Churc St
Our Bldg
615-244-6538

14th floor

```
***************
** DELIVERY **
***************
```

Order Taker: Sinclair

Chk# 317

Check No: 317 Reg# 5 Delivery
Trans Time: 6/29/2015 12:21 PM
Acct No: Amex XX.1009
Auth Code: 224742

Pre Auth: $ 56.50

Gratuity: _5 00_

Total Charge: _61 50_

Signature: _____

I agree to pay the above total
according to card holder agreement

----- DUPLICATE RECEIPT -----

STARBUCKS Store #8414
424 Church Street, Suite 110
Nashville, TN  (615) 248-3339

CHK 717028
08/12/2015 08:15 AM
1761133   Drawer: 2  Reg: 1

Ethos Water 700Ml        1.95
Vt Pike Place            2.45
Visa                     4.82
XXXXXXXXXXXXX2407

Subtotal                $4.40
Tax 9.5%                $0.42
Total                   $4.82
Change Due            $0.00

----------- Check Closed -----------
08/12/2015 08:15 AM

Make a purchase before 2PM
then show your receipt after
2PM the same day to get one
Grande cold drink for $2.50 + tax.
One per customer with limited time offer
Value 1/20 cent.

DELIDAVES
234 5TH AVE N
NASHVILLE TN 37219
615-254-3354

Terminal ID: 00782829        0003

8/12/15                    11:56 AM

VISA
ACCT #: xxxxxxxxxxxx2407
CREDIT SALE

                       REF #: 057
BATCH #: 894    AUTH #: 0843PC

AMOUNT                   $28.50

TIP                    $_____

TOTAL                  $_____

APPROVED

CUSTOMER COPY

## J BURGENER

9/8/2015                                 2:04:12 PM
***Kiosk TO GO*** Cashier: Kiosk TO GO

```
[ ] 1 Kiosk Order                          0.00
    #25811208
[ ] 1 Bwl Chx Wld Rice Soup                5.29
    1 French Baguette
              SubTotal          5.29
              Tax               0.44
              Total             5.73
              Other (Online)    5.73
              Acct:XXXXXXXXX2407
              AuthCode:06052C
              Trans#:0

[ ]       Utensils
```

Order Checked By

_____
Bag ____          Of ____

**Accuracy Matters,**
Your order should be correct every time.
If it's not, we'll fix it right away, and
give you a free treat for your trouble
Jus' '-4

*Lunch*

---

0198
Server: CELESTE N              Rec:110
09/08/15 19:08, Swiped   T: 133 Term: 3

CAH - Charlotte
201 S College Rd
Charlotte, NC 28244
(704)940-9400
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX2407
Name: JOSHUA BURGENER
00 TRANSACTION APPROVED
AUTHORIZATION #: 04586C
Reference: 0908010000019B
TRANS TYPE: Credit Card SALE

CHECK :                    35.21

TIP :                      7.-

TOTAL :                    42.21

of the
ervice

X_____

PHONE: (    )    --
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

*Dinner*
*w/ Murranes*
*Mc Donald*
*Deponent  —*

---

**BLACKFINN**
210 E. Trade St. - Suite 120-B
Charlotte, NC 28202
704-971-4440
www.BlackfinnAmeripub.com
Date:         Sep09'15 02:36PM
Card Type:    Visa
Acct #:       XXXXXXXXXXX2407
Card Entry:   SWIPED
Trans Type:   PURCHASE
Trans Key:    III000275535813
Auth Code:    04438C
Check:        6725
Table:        42/'
Server:       1038 Autumn M

Subtotal:          29.74

Tip:_____  6

Total:_____  35.74

*CUSTOMER COPY*

*Lunch*
*w/ Scudy*
*Kernel*
*← Deponent*

BrickTop's
1576 W. McEwen Drive
Franklin, TN 37067
615-771 8760

| Server: Jarrod F 675 | 10/13/2015 |
| Table 25/1 | 11:40 AM |
| Guests: 3 | 30005 |

| Cobb Salad | 16.00 |
| Crabcakes | 19.00 |
| Beverage | 3.00 |
| Fish Taco | 15.00 |

| Complete Subtotal | 53.00 |
| Subtotal | 53.00 |
| Tax | 4.90 |
| Total | 57.90 |

Balance Due     57.90

---

BrickTop's
1576 W. McEwen Drive
Franklin, TN 37067
615-771-8760

| Server: Jarrod F 675 | DOB: 10/13/2015 |
| 2:32 PM | 10/13/2015 |
| Table 26/1 | 3/30005 |

SALE

4194312

XXXXXXXXXXXX    YES MORRIS D
Card Entry Method: S

Approval: 593454

Amount:     $ 57.90

+ Tip:      10.00

= Total:    67.90

I agree to pay the above
total amount according to the
card issuer agreement.

BrickTop's

BrickTop's Copy



HYATT
house

HYATT house Charlotte/Center City
435 East Trade Street
Charlotte, NC 28202
Phone: 704-373-9700
Fax: 704-373-9800

INFORMATION INVOICE

Payee   Josh Burgener
        x
        x NC X
        United States

Confirmation No.    141680701
Group Name
Booking No.         566987421

Room No.        1301
Arrival         09-08-15
Departure       09-09-15
Page No.        1 of 1
Folio Window    1
Folio No.

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 09-08-15 | Guest Room | 189.00 | |
| 09-08-15 | State Sales Tax 7.25% | 13.70 | |
| 09-08-15 | County Occupancy Tax 6% | 11.34 | |
| 09-08-15 | City Occupancy Tax 2% | 3.78 | |
| 09-09-15 | Visa | | 217.82 |

| | Total | 217.82 | 217.82 |
|---|-------|--------|--------|

Guest Signature

| | Balance | 0.00 | |
|---|---------|------|---|

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

WE HOPE YOU ENJOYED YOUR STAY WITH US!

**Hyatt Gold Passport Summary**

Membership:             527730841B
Bonus Codes:
Qualifying Nights:      0
Eligible Spend:         0.00
Redemption Eligible:    0.00

Summary Invoice, please see front desk
for eligibility details.

Thank you for choosing HYATT house Charlotte/City Center. Our goal is to provide every guest with
an exceptional stay, and we are interested in any comments regarding your visit.

Please remit payment to:
HYATT house Charlotte/City Center
435 East Trade Street
Charlotte NC, 28202

| | |
|---|---|
| **From:** | Joshua Burgener <jburgener@gmail.com> |
| **Sent:** | Tuesday, September 08, 2015 5:29 AM |
| **To:** | Tammy L. Turner |
| **Subject:** | Fwd: Thanks for riding with joseph |

First of many receipts for trip to Charlotte for Sherman depos.

Airport trip.


Begin forwarded message:

> **From:** Lyft Ride Receipt <no-reply@lyftmail.com>
> **Date:** September 8, 2015 at 5:08:31 AM CDT
> **To:** jburgener@gmail.com
> **Subject: Thanks for riding with joseph**
> **Reply-To:** Lyft <no-reply@lyft.com>



**This ride was up to 10% off.**
We've dropped prices in Nashville, so you save on
every ride this summer.

## Thanks for riding with joseph!
Ride ending September 8 at 5:03 AM



Pickup:    1140 Brookmeade Drive, Nashville, TN 37204, USA
Dropoff:    51-57 Terminal Drive, Nashville, TN 37214, USA

| | |
|---|---:|
| Ride *11.9 mi & 18 min*: | $16.11 |
| Trust & Safety Fee: | $1.55 |
| Tip: | $5.00 |
| **Total charged to Visa ***2407:** | $22.66 |

 Lose something?           Add tip

Receipt #770521340845616526 · *Request a price review* · *Learn more about pricing*

**Learn more about our** *Zero Tolerance Policies.*



© Lyft 2015
548 Market St #68514
San Francisco, CA 94104

Questions? Visit our Help Center    Work at Lyft    Blog

| | |
|---|---|
| **From:** | Joshua Burgener <jburgener@gmail.com> |
| **Sent:** | Tuesday, September 08, 2015 9:16 AM |
| **To:** | Tammy L. Turner |
| **Subject:** | Fwd: Thanks for riding with Carlos |

Receipt #2

Begin forwarded message:

**From:** Lyft Ride Receipt <no-reply@lyftmail.com>
**Date:** September 8, 2015 at 9:43:31 AM EDT
**To:** jburgener@gmail.com
**Subject: Thanks for riding with Carlos**
**Reply-To:** Lyft <no-reply@lyft.com>



# Thanks for riding with Carlos!
### Ride ending September 8 at 9:41 AM



Pickup:  5501 Josh Birmingham Parkway, Charlotte, NC 28208,
USA

Dropoff:   210 South College Street, Charlotte, NC 28202, USA

| | |
|---|---|
| Ride *7.5 mi & 17 min*: | $9.39 |
| Prime Time*: | $4.70 |

| | |
|---|---|
| Trust & Safety Fee: | $1.55 |
| Tip: | $4.00 |
| **Total charged to Visa \*\*\*2407:** | **$19.64** |

\*50% Prime Time was included in your total. Prime Time encourages more people to drive when Lyft gets really busy.
Learn More

 Lose something?     Add tip

*Receipt #770573305933348692 · Request a price review · Learn more about pricing*

*Learn more about our Zero Tolerance Policies.*



© Lyft 2015
548 Market St #68514
San Francisco, CA 94104



Questions? Visit our Help Center    Work at Lyft    Blog

| | |
|---|---|
| **From:** | Joshua Burgener <jburgener@gmail.com> |
| **Sent:** | Wednesday, September 09, 2015 3:07 PM |
| **To:** | Tammy L. Turner |
| **Subject:** | Fwd: Thanks for riding with Mostapha |

Receipt from trip

Begin forwarded message:

**From:** Lyft Ride Receipt <no-reply@lyftmail.com>
**Date:** September 9, 2015 at 3:58:03 PM EDT
**To:** jburgener@gmail.com
**Subject:** Thanks for riding with Mostapha
**Reply-To:** Lyft <no-reply@lyft.com>



# Thanks for riding with Mostapha!
### Ride ending September 9 at 3:05 PM



| | |
|---|---|
| Pickup: | 101-199 East 4th Street, Charlotte, NC 28280, USA |
| Dropoff: | Airport Loop Road, Charlotte, NC 28208, USA |

| | |
|---|---|
| Ride *7.7 mi & 15 min*: | $9.24 |
| Trust & Safety Fee: | $1.55 |
| Tip: | $4.00 |

**Total charged to Visa ***2407:**                    $14.79

 Lose something?          Add tip

*Receipt #771034597437484962 · Request a price review · Learn more about pricing*

*Learn more* about our Zero Tolerance Policies.

© Lyft 2015
548 Market St #68514
San Francisco, CA 94104

Questions? Visit our Help Center    Work at Lyft    Blog

| | |
|---|---|
| **From:** | Joshua Burgener <jburgener@gmail.com> |
| **Sent:** | Thursday, September 10, 2015 6:23 AM |
| **To:** | Tammy L. Turner |
| **Subject:** | Fwd: Thanks for riding with Nabel |

Final electronic receipt

Begin forwarded message:

> **From:** Lyft Ride Receipt <no-reply@lyftmail.com>
> **Date:** September 9, 2015 at 6:08:02 PM CDT
> **To:** jburgener@gmail.com
> **Subject: Thanks for riding with Nabel**
> **Reply-To:** Lyft <no-reply@lyft.com>



### This ride was up to 10% off.
We've dropped prices in Nashville, so you save on every ride this summer.

## Thanks for riding with Nabel!
Ride ending September 9 at 5:56 PM



| | |
|---|---|
| Pickup: | 19-29 Terminal Drive, Nashville, TN 37214, USA |
| Dropoff: | 1140 Brookmeade Drive, Nashville, TN 37204, USA |

| | |
|---|---|
| Ride *13.3 mi & 27 min*: | $18.99 |
| Trust & Safety Fee: | $1.55 |
| Toll: BNA Pickup Fee: | $5.50 |
| Tip: | $4.00 |
| **Total charged to Visa ***2407:** | **$30.04** |

 Lose something?        Add tip

Receipt #771090354541843084 · *Request a price review* · *Learn more about pricing*

*Learn more about our Zero Tolerance Policies.*



© Lyft 2015
548 Market St #68514
San Francisco, CA 94104

Questions? Visit our Help Center    Work at Lyft    Blog

# Expense Report

| | |
|---|---|
| Report Name | Travel 9-8 and 9-9 in Sherman matter |
| Expense Owner | Joshua L. Burgener |
| Expense Owner ID | BurgenerJL / 2670 |
| Created By | Tammy L. Turner |
| Submit Date | Aug 28, 2015 |
| To Be Paid In | USD |



Please place this cover sheet in front of hardcopy receipt pages and then scan or fax to:
Email: expense@dickinson-wright.com      Fax: (214) 540-1162

## Financial Summary

| | Amount (USD) |
|---|---|
| Total Expenses Reported | 714.70 |
| Less Company Paid Expenses | 714.70 |
| Less Company Paid Personal Expenses | 0.00 |
| Amount Due Expense Owner | 0.00 |

## Expense Summary

| Expense Type | Amount (USD) |
|---|---|
| Airfare | 714.70 |
| Total | 714.70 |

## Allocation Summary

| Matters Charged | | | Amount (USD) |
|---|---|---|---|
| 038124-00006 | CB RICHARD ELLIS, INC. | LINDSAY SHERMAN MATTER | 714.70 |
| Total | | | 714.70 |

This document may contain confidential and/or privileged information. If you are not the intended recipient, or the person responsible for delivering to the person addressed, please notify the sender immediately and destroy this material. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.

Expense Report

Travel 9-8 and 9-9 in Sherman matter

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 1 | 08/19/2015 | ⚠ | 77 | Airfare | 714.70 USD | 0.00 USD |

| | |
|---|---|
| Business Purpose | Travel to Charlotte for deposition in Sherman matter 7638131330, AMERICAN AIRLINE, BNA CLT BNA, LYNNE WRIG, 038124, 00006 |
| Description | AMEX Travel Firm Paid<br>BURGENER/JOSHUA.LOGA, 7638131330, AMERICAN AIRLINE, BNA CLT BNA, LYNNE WRIG, 038124, 00006 |
| | Receipt Attached: No  Firm Paid: Yes    Source: TravelAgency |

| Allocations | 038124-00006   CB RICHARD ELLI | LINDSAY SHERMAN MATT | 714.70 USD |
|---|---|---|---|

| | |
|---|---|
| Warning | Missing Receipt |
| Response | 201: No receipt required |

| | |
|---|---|
| AirfareClass | Coach/Economy |
| DepartDate | 09/08/2015 |
| OverrideTkpr | 0 |
| ReturnDate | 09/09/2015 |

THANK YOU
FOR PARKING
AT THE FRIST
CENTER
Rcpt# 12534
11/17/14 13:24   L.# 2 A# 1   Txn#104579
11/17/14 12:48 In   11/17/14 13:24 Out
Tkt# 322314
Regular          $ 2.00
Total Fee        $ 2.00
Master           $ 2.00-
XXXXXXXXXXXXX0715
Change Due       $ 0.00
DRIVE SAFE
BUCKLE UP